## Superior Court
of the
## State of Delaware

Jan R. Jurden
*President Judge*

New Castle County Courthouse
500 North King Street, Suite 10400
Wilmington, Delaware 19801-3733
Telephone (302) 255-0665

March 22, 2016

**ALL COUNSEL OF RECORD VIA LEXIS**

**RE:     Lima Delta Company, Trident Aviation Services, LLC and Societe Commercial
Et Industrielle Katangaise
v.
Global Aerospace, Inc., National Indemnity Company, American Alternative
Insurance Corp., Tokio Marine & Nichido Fire Insurance Company, LTD. (US),
Mitsui Sumitomo Insurance Company of America, American Commerce Insurance
Company, and Wells Fargo Insurance Services, USA, Inc.
C.A. No. N14C-02-101 JRJ CCLD**

Dear Mr. Spadaro:

The Court is in receipt of the Plaintiffs' Amended Motion for Certification of Final Judgment (as to Insurers) and Interlocutory Appeal (as to Wells Fargo). The Court did not see this electronic filing before issuing its March 17, 2016 Order denying Plaintiffs' Motion for Certification of Interlocutory Appeal. The Court noted that Plaintiffs' Motion for Certification of Interlocutory Appeal did not reflect the recent amendments to Supreme Court Rule 42, but the Court nevertheless considered the motion on the merits. The Amended Motion is therefore moot.

**IT IS SO ORDERED.**

Yours very truly,

/s/Jan R. Jurden

Jan R. Jurden
President Judge

JRJ:mls

cc:     Prothonotary